UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 14-10853
Robert Swanson, Sharon Swanson )
)
) Chapter: 13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter coming to be heard on the Motion of Bayview Loan Servicing, LLC to Modify the Automatic Stay, due notice having been given, and the court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Automatic Stay against Bayview Loan Servicing, LLC is modified pursuant to Section 362(d) of the United States Bankruptcy Code and Bayview Loan Servicing, LLC shall have the right to proceed with mortgage foreclosure proceedings in connection with the real estate located at 5345 N. Neenah Ave., Chicago, IL 60656 (Real Estate).

2. Bankruptcy Rule 4001 (a)(3) is waived.

IT IS FURTHER ORDERED that Creditor is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 22, 2017

**Prepared by:**

Michael Dimand
Wirbicki Law Group
Attorney for Creditor
33 West Monroe
Suite 1140
Chicago, IL 60603